UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROY M. WASSERMANN                                         CIVIL ACTION

VERSUS                                                    NO.  08-673

LIVINGSTON PARISH JAIL                                    SECTION "K"(5)

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Title 42 U.S.C. § 1983 complaint filed by Roy M. Wassermann is hereby **TRANSFERRED** to the United States District Court for the Middle District of Louisiana.

New Orleans, Louisiana, this 25th day of February, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE